■ JOAN JORDAN, Respondent, v COUNTY OF WESTCHESTER et al., Respondents, and DENNIS LINK, Appellant. [632 NYS2d 469] —Appeal by the defendant Dennis Link, as limited by his brief, from stated portions of an order of the Supreme Court, Westchester County (Nicolai, J.), entered March 25, 1994.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Nicolai at the Supreme Court. Bracken, J. P., Rosenblatt, Krausman and Goldstein, JJ., concur.

■ PETER KASE, Appellant, v BARBARA KASE, Respondent. [632 NYS2d 469] —Appeal by the defendant from an order of the Supreme Court, Rockland County (Meehan, J.), dated February 24, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Meehan at the Supreme Court. Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.